# EXHIBIT A

Jerry Maroules, Esq. - ID#023261983
AGRAPIDIS & MAROULES, P.C.
777 Terrace Avenue, Suite 504
Hasbrouck Heights, New Jersey 07604
(201)288-0500
ATTORNEYS FOR PLAINTIFF

| | |
|---|---|
| Ida Padilla, | :SUPERIOR COURT OF NEW JERSEY |
| | :LAW DIVISION:      HUDSON COUNTY |
| | : |
| Plaintiffs, | :DOCKET NO: |
| | : |
| V. | :      CIVIL ACTION |
| | : |
| Walmart of Kearny | : |
| AND JOHN DOE I-III, | : |
| | : |
| Defendants. | : |

---

### COMPLAINT AND JURY DEMAND

---

Plaintiff, Ida Padilla, residing in the City of Kearny, in the County of Hudson, and State of New Jersey, by way of Complaint against the defendant, hereby alleges and says:

### FIRST COUNT

l.      At all times hereinafter mentioned, plaintiff, Ida Padilla, was a lawful business invitee on defendant's premises at Walmart of Kearny located in the Town of Kearny, County of Hudson, and State of New Jersey on May 25, 2019.

2.      Upon information and belief, plaintiff, Ida Padilla, slipped and fell due to a dangerous and hazardous condition, to wit, plastic wrapping and debris on the floor at the Walmart of Kearny, which is located in the City of Kearny, in the County of Hudson, and in the State of New Jersey  on May 25, 2019.

3.      Upon information and belief, defendant, Walmart of Kearny, jointly and/or severally, is responsible for the maintenance and management of their store, located at in the Town of Kearny, Hudson County, New Jersey.

4.      Upon information and belief, and in the alternative to the allegations in paragraphs 2 & 3 above, the true name of capacity, whether individual, plural, corporate, partnership, associate or otherwise of defendants, JOHN DOE I-III, are unknown to plaintiff,

who, therefore, brings suit against said defendants by such fictitious name. JOHN DOE I-III may be the true owner or operator or party responsible for the maintenance of the Walmart of Kearny, located at in the Town of Kearny, County of Hudson and State of New Jersey on May 25, 2019, and is responsible for any dangerous conditions on the premises, for the maintenance and repair of the premises and well-being of plaintiff, Ida Padila, but the full extent of those facts linking the fictitiously designated defendant with the cause of action alleged herein is unknown to plaintiff at this time.

5.     As a direct and proximate result of the negligence of the defendants, Walmart of Kearny and John Doe I-III, its agents, servants, and/or employees, in the manner in which said premises were maintained and cleaned, the plaintiff, Ida Padilla, was caused to fall and sustain serious injury causing her to suffer great pain and will in the future be caused to suffer great pain; she was caused to incur medical expenses and will in the future be caused to incur medical expenses; she was caused to suffer permanent injury.

6.     Upon information and belief, defendants had actual and/or constructive notice of the dangerous condition described above and failed to remedy this dangerous condition, take precautionary steps to prevent the accident, or give notice to those in the area thereby breaching their duty of care to plaintiff.

WHEREFORE, the plaintiff, Ida Padilla, demands judgment against the defendants, Walmart of Kearny and John Doe I-III, jointly and severally for damages, pain and suffering and infliction of emotional distress, together with attorney's fees, interest, costs of suit and any other relief the Court deems just and equitable.

AGRAPIDIS & MAROULES, P.C.
Attorneys for Plaintiff

BY:     _____
       EVANS C. AGRAPIDIS, ESQ.

DATED:     9/17     , 2020

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury as to all issues raised in the Complaint.

AGRAPIDIS & MAROULES, P.C.
Attorneys for Plaintiff

BY: _____
EVANS C. AGRAPIDIS, ESQ.

DATED: _9/17____, 2020

## DESIGNATION OF TRIAL COUNSEL

Pursuant to R. 4:25-4, Jerry Maroules, Esq. (ID#023261983), is hereby designated as Trial Counsel of this matter.

AGRAPIDIS & MAROULES, P.C.
Attorneys for Plaintiff

BY: _____
EVANS C. AGRAPIDIS, ESQ.

DATED: _9/17____, 2020

## CERTIFICATION

I certify that pursuant to R. 4:5-1, to my knowledge and based on the information available to me at this time, the matter in controversy is not the subject of any other action pending in any Court, or of a pending arbitration proceeding and that no additional parties are known at this time who should be added.

AGRAPIDIS & MAROULES, P.C.
Attorneys for Plaintiff

BY: _____
EVANS C. AGRAPIDIS, ESQ.

DATED: _9/17____, 2020

## DEMAND FOR ANSWERS TO INTERROGATORIES

Pursuant to R. 4:17-1(b), the plaintiff hereby demands that the defendant provide

answers to the Uniform Interrogatories set forth in Form C and C(2) of Appendix II of the

Rules Governing the Courts of the State of New Jersey.


AGRAPIDIS & MAROULES, P.C.
Attorneys for Plaintiff

BY: _____
EVANS C. AGRAPIDIS, ESQ.


DATED: _____9/17·_____, 2020

# Civil Case Information Statement

**Case Details: HUDSON | Civil Part Docket# L-003393-20**

**Case Caption:** PADILLA IDA  VS WALMART OF KEARNY

**Case Initiation Date:** 09/22/2020

**Attorney Name:** JERRY A MAROULES

**Firm Name:** AGRAPIDIS & MAROULES, PC

**Address:** 777 TERRACE AVE STE 504

HASBROUCK HGTS NJ 076040000

**Phone:** 2012880500

**Name of Party:** PLAINTIFF : Padilla, Ida

**Name of Defendant's Primary Insurance Company**

(if known): Unknown

**Case Type:** PERSONAL INJURY

**Document Type:** Complaint with Jury Demand

**Jury Demand:** YES - 6 JURORS

**Is this a professional malpractice case?**  NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same**

**transaction or occurrence)?** NO

**Are sexual abuse claims alleged by: Ida Padilla?** NO

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**

**CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION**

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO

**If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO

**If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

09/22/2020

Dated

/s/ JERRY A MAROULES

Signed

IDA PADILLA

**Plaintiff**

vs

WALMART OF KEARNY, ET AL

**Defendant**

20200922130525

Superior Court Of New Jersey

HUDSON Venue

Docket Number: HUD L 3393 20

**Person to be served** (Name and Address):
WALMART OF KEARNY
150 HARRISON AVENUE
KEARNY  NJ  07032
**By serving: WALMART OF KEARNY**

**Attorney: EVANS C. AGRAPIDIS, ESQ.**

**Papers Served: SUMMONS AND COMPLAINT, CIS, DEMAND, CERTIFICATION**

**AFFIDAVIT OF SERVICE**
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.___

| **Service Data:** | [X] Served Successfully | [ ] Not Served |
|---|---|---|

Date/Time:    9/23/2020 1:30 PM

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Name of Person Served and relationship/title:

KATIE VALAZQUEZ

MANAGING AGENT

**Description of Person Accepting Service:**

SEX:F___  AGE:21-35__  HEIGHT: 5'0"-5'3"__  WEIGHT: 131-160 LBS.__  SKIN:WHITE____  HAIR:BROWN___  OTHER:_____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:

Date/Time: _____
Date/Time: _____
Date/Time: _____

Other:

**Served Data:**
Subscribed and Sworn to me this

____24____ day of ____Sept____, 20 _20_

Notary Signature: _____

KIMBERLY GROTE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 18, 2023

Name of Notary    Commission Expiration

I, MARK SACRIPANTI,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____    9/24/2020
Signature of Process Server    Date

Name of Private Server: MARK SACRIPANTI  Address: 2009 Morris Ave UNION, NJ 07083  Phone: (800) 672-1952

```
HUDSON COUNTY SUPERIOR COURT
HUDSON COUNTY
583 NEWARK AVENUE
JERSEY CITY      NJ 07306
                                    TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (201) 748-4400
COURT HOURS  8:30 AM - 4:30 PM

                        DATE:    SEPTEMBER 22, 2020
                        RE:      PADILLA IDA  VS WALMART OF KEARNY
                        DOCKET: HUD L -003393 20


     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.


     DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.


     THE PRETRIAL JUDGE ASSIGNED IS:  HON MARYBETH ROGERS


      IF YOU HAVE ANY QUESTIONS, CONTACT TEAM      002
AT:  (201) 748-4400.


     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                        ATTENTION:
                              ATT: JERRY A. MAROULES
                              AGRAPIDIS & MAROULES, PC
                              777 TERRACE AVE
                              STE 504
                              HASBROUCK HGTS    NJ 07604


ECOURTS
```

# EXHIBIT B

**D'ARCAMBAL OUSLEY & CUYLER BURK, LLP**
Four Century Drive | Suite 250
Parsippany, New Jersey 07054
Tel.: 973.734.3200
Fax: 973.734.3201
Email: npeters@darcambal.com
By: Nada M. Peters, Esq. (NJ Att. Id. 027942004)
Attorneys for Defendant, Wal-Mart Stores East, LP
(improperly pled as Walmart of Kearny)

| | |
|---|---|
| IDA PADILLA,<br><br>                    Plaintiff,<br><br>vs.<br><br>WALMART OF KEARNY AND JOHN DOE I-III,<br><br>                    Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: HUDSON COUNTY<br><br>DOCKET NO.: HUD-L-003393-20<br><br>**ANSWER TO COMPLAINT, AFFIRMATIVE DEFENSES, JURY DEMAND, DEMAND FOR RESPONSES TO INTERROGATORIES, DEMAND FOR STATEMENT OF DAMAGES AND CERTIFICATION PURSUANT TO <u>R</u>. 4:5-1(b)(2)** |

Defendant, Wal-Mart Stores East, LP (improperly pled as Walmart of Kearny) ("Defendant"), by way of Answer to the Complaint of Plaintiff, Ida Padilla ("Plaintiff"), by and through its attorneys, d'Arcambal Ousley & Cuyler Burk, LLP, says:

<u>**FIRST COUNT**</u>

1.      Defendant admits only that Wal-Mart Stores East, LP operates a retail store located at 150 Harrison Ave, Kearny, New Jersey.  Except as herein specifically admitted, Defendant denies the remaining allegations of paragraph 1 of the Complaint.

2.      To the extent the allegations of paragraph 2 of the Complaint are narrative and/or assert legal conclusions, no response is required thereto and the allegations are deemed denied.  To the extent the allegations purport to impute liability to Defendant, they are denied.

3.      Defendant admits only that Wal-Mart Stores East, LP operates a retail store located at 150 Harrison Ave, Kearny, New Jersey.  To the extent the remaining allegations of paragraph 3 of the Complaint are narrative and/or assert legal conclusions, no response is required thereto and the allegations are deemed denied.  To the extent the remaining allegations purport to impute liability to Defendant, they are denied.

4.      To the extent the allegations of paragraph 4 of the Complaint are directed to other defendants and/or are narrative and/or assert legal conclusions, Defendant makes no response thereto and the allegations are deemed denied.  To the extent the allegations of paragraph 4 of the Complaint purport to impute liability to Defendant, they are denied.

5.      To the extent the allegations of paragraph 5 of the Complaint are directed to other defendants and/or are narrative and/or assert legal conclusions, Defendant makes no response thereto and the allegations are deemed denied.  To the extent the allegations of paragraph 5 of the Complaint purport to impute liability to Defendant, they are denied.

6.      To the extent the allegations of paragraph 6 of the Complaint are directed to other defendants and/or are narrative and/or assert legal conclusions, Defendant makes no response thereto and the allegations are deemed denied.  To the extent the allegations of paragraph 6 of the Complaint purport to impute liability to Defendant, they are denied.

**WHEREFORE,** Defendant, Wal-Mart Stores East, LP (improperly pled as Walmart of Kearny), denies that Plaintiff is entitled to the relief requested in the Complaint, and requests that

the Complaint be dismissed with prejudice, and that Defendant be awarded attorneys' fees, costs of suit and such other relief as the Court deems just.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The injuries and damages claimed are the result of the sole negligence of the Plaintiff.

### SECOND AFFIRMATIVE DEFENSE

The injuries and damages claimed are the result of the contributory negligence of the Plaintiff, which negligence is greater than that of Defendant, or alternatively, Plaintiff's damages, if any, are reduced by the percentage of Plaintiff's comparative negligence and the Comparative Negligence Act, *N.J.S.A.* § 2A:15-5.1, *et seq.*

### THIRD AFFIRMATIVE DEFENSE

The injuries and damages claimed are the result of the negligence of third parties over which Defendant has no control.

### FOURTH AFFIRMATIVE DEFENSE

The Complaint fails to set forth a cause of action upon which relief may be granted and Defendant reserves the right to move before or at the time of trial to dismiss same.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred or otherwise reduced by operation of the doctrine of avoidable consequences.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred or otherwise reduced by operation of the doctrine of mitigation of damages.

3

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff assumed the risk and was fully cognizant of any and all circumstances surrounding the alleged incident.

## EIGHTH AFFIRMATIVE DEFENSE

Defendant did not proximately cause any damage to Plaintiff.

## NINTH AFFIRMATIVE DEFENSE

Defendant denies that it was negligent in any way.

## TENTH AFFIRMATIVE DEFENSE

Defendant did not breach any duty owed to Plaintiff.

## ELEVENTH AFFIRMATIVE DEFENSE

The alleged injuries and damages complained of by Plaintiff were due to unavoidable circumstances and causes beyond the control or fault of Defendant.

## TWELFTH AFFIRMATIVE DEFENSE

At all times relevant, Defendant complied with all applicable laws, regulations and standards.

## THIRTEENTH AFFIRMATIVE DEFENSE

The Complaint is subject to dismissal for insufficient service of process on Defendant.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff's injuries and damages, if any, were proximately caused by intervening, superseding causes, and not by Defendant's negligence.

## FIFTEENTH AFFIRMATIVE DEFENSE

Defendant is entitled to a credit or set-off with respect to any collateral payments made to Plaintiff for injuries allegedly incurred pursuant to *N.J.S.A.* § 2A:15-97, including but not limited to, any medical bills or costs paid or reduced by health insurance coverage.

## SIXTEENTH AFFIRMATIVE DEFENSE

Defendant reserves the right to amend its answer and/or assert additional defenses and/or supplement, alter and/or change its answer upon revelation of more definite facts by Plaintiff in completion of further discovery.

**WHEREFORE,** Defendant, Wal-Mart Stores East, LP (improperly pled as Walmart of Kearny), denies that Plaintiff is entitled to the relief requested in the Complaint, and requests that the Complaint be dismissed with prejudice, and that Defendant be awarded attorneys' fees, costs of suit and such other relief as the Court deems just.

Dated: December 18, 2020

/s/ Nada M. Peters
Nada M. Peters, Esq. (NJ Att. Id. 027942004)
**D'ARCAMBAL OUSLEY & CUYLER BURK, LLP**
Four Century Drive | Suite 250
Parsippany, New Jersey 07054
Tel.: 973.734.3200
Fax: 973.734.3201
Email: npeters@darcambal.com
Attorneys for Defendant, Wal-Mart Stores East, LP (improperly pled as Walmart of Kearny)

## JURY DEMAND

Defendant, Wal-Mart Stores East, LP (improperly pled as Walmart of Kearny), hereby demands a trial by jury on all issues triable by a jury.

Dated:  December 18, 2020

/s/ Nada M. Peters
Nada M. Peters, Esq. (NJ Att. Id. 027942004)
**D'ARCAMBAL OUSLEY & CUYLER BURK, LLP**
Four Century Drive | Suite 250
Parsippany, New Jersey 07054
Tel.: 973.734.3200
Fax: 973.734.3201
Email: npeters@darcambal.com
Attorneys for Defendant, Wal-Mart Stores East, LP (improperly pled as Walmart of Kearny)

## <u>DESIGNATION OF TRIAL COUNSEL</u>

In accordance with <u>Rule</u> 4:25-4, Defendant hereby designates Nada Peters as trial counsel in this action.

Dated:  December 18, 2020

/s/ Nada M. Peters
Nada M. Peters, Esq. (NJ Att. Id. 027942004)
**D'ARCAMBAL OUSLEY & CUYLER BURK, LLP**
Four Century Drive | Suite 250
Parsippany, New Jersey 07054
Tel.: 973.734.3200
Fax: 973.734.3201
Email: npeters@darcambal.com
Attorneys for Defendant, Wal-Mart Stores East, LP (improperly pled as Walmart of Kearny)

## <u>RULE 4:5-2 DEMAND FOR STATEMENT OF DAMAGES</u>

Pursuant to <u>Rule</u> 4:5-2, Defendant, Wal-Mart Stores East, LP (improperly pled as Walmart, Inc.), demands that Plaintiff provides a written statement of her claimed damages within five days from the date hereof.

Dated:  December 18, 2020

/s/ Nada M. Peters
Nada M. Peters, Esq. (NJ Att. Id. 027942004)
**D'ARCAMBAL OUSLEY & CUYLER BURK, LLP**
Four Century Drive | Suite 250

Parsippany, New Jersey 07054
Tel.: 973.734.3200
Fax: 973.734.3201
Email: npeters@darcambal.com
Attorneys for Defendant, Wal-Mart Stores East,
LP (improperly pled as Walmart of Kearny)

## <u>DEMAND FOR ANSWERS TO INTERROGATORIES</u>

Defendant, Wal-Mart Stores East, LP (improperly pled as Walmart of Kearny), demands

that Plaintiff provide written answers to Uniform Interrogatories as set forth in Appendix II of the

New Jersey Court Rules.

Dated:  December 18, 2020            /s/ Nada M. Peters
                                     Nada M. Peters, Esq. (NJ Att. Id. 027942004)
                                     **D'ARCAMBAL OUSLEY & CUYLER
                                     BURK, LLP**
                                     Four Century Drive | Suite 250
                                     Parsippany, New Jersey 07054
                                     Tel.: 973.734.3200
                                     Fax: 973.734.3201
                                     Email: npeters@darcambal.com
                                     Attorneys for Defendant, Wal-Mart Stores East,
                                     LP (improperly pled as Walmart of Kearny)

## RULE 4:5-1 CERTIFICATION

I hereby certify that to the best of my knowledge, information, and belief, the within matter in controversy is not the subject of any other pending or contemplated court actions or arbitration proceedings.

I further certify that to the best of my knowledge, information, and belief, I am not aware of any non-parties who should be joined in the action.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated:  December 18, 2020

/s/ Nada M. Peters
Nada M. Peters, Esq. (NJ Att. Id. 027942004)
**D'ARCAMBAL OUSLEY & CUYLER BURK, LLP**
Four Century Drive | Suite 250
Parsippany, New Jersey 07054
Tel.: 973.734.3200
Fax: 973.734.3201
Email: npeters@darcambal.com
Attorneys for Defendant, Wal-Mart Stores East, LP (improperly pled as Walmart of Kearny)

## CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that I have caused the within pleading to be electronically filed

through the Judiciary's ECourt application with the Superior Court, Hudson County, New Jersey,

and that a copy of this pleading has been served electronically upon the following counsel and a

courtesy copy has also been submitted to counsel via Email:


Jerry Maroules, Esq.
**AGRAPIDIS & MAROULES, P.C.**
777 Terrace Avenue, Suite 504
Hasbrouck Heights, NJ 07604
E-mail: j.maroules@amlawnj.com
Attorney for Plaintiff, Ida Padilla




Dated:  December 18, 2020                    /s/ Nada M. Peters_____
                                             Nada M. Peters, Esq.

# Civil Case Information Statement

## Case Details: HUDSON | Civil Part Docket# L-003393-20

**Case Caption:** PADILLA IDA  VS WALMART OF KEARNY

**Case Initiation Date:** 09/22/2020

**Attorney Name:** NADA MAALOUF PETERS

**Firm Name:** D'ARCAMBAL OUSLEY & CUYLER BURK LLP

**Address:** PARSIPPANY CORPORATE CTR FOUR

CENTURY DR, STE 250

PARSIPPANY NJ 070544663

**Phone:** 9737343285

**Name of Party:** DEFENDANT : WALMART OF KEARNY

**Name of Defendant's Primary Insurance Company**

(if known): None

**Case Type:** PERSONAL INJURY

**Document Type:** Answer

**Jury Demand:** YES - 6 JURORS

**Is this a professional malpractice case?**  NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same**

**transaction or occurrence)?** NO

**Are sexual abuse claims alleged by: IDA  PADILLA? NO**

## THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE

### CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO

    **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO

    **If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

12/18/2020

Dated

/s/ NADA MAALOUF PETERS

Signed

**D'ARCAMBAL OUSLEY & CUYLER BURK, LLP**
Four Century Drive | Suite 250
Parsippany, New Jersey 07054
Tel.: 973.734.3200
Fax: 973.734.3201
Email: npeters@darcambal.com
By:  Nada M. Peters, Esq.
Attorneys for Defendant, Wal-Mart Stores East, LP
(improperly pled as Walmart of Kearney)

**FILED**

DECEMBER 16, 2020

**MARYBETH ROGERS, J.S.C.**

| | |
|---|---|
| IDA PADILLA,<br><br>        Plaintiff,<br><br>vs.<br><br>WALMART OF KEARNY AND JOHN DOE I-III,<br><br>        Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: HUDSON COUNTY<br><br>DOCKET NO.: HUD-L-003393-20<br><br><br>**CONSENT ORDER PERMITTING<br>DEFENDANT WAL-MART STORES<br>EAST, LP TO FILE AN ANSWER** |

This matter having come before the Court on the consent of d'Arcambal Ousley & Cuyler Burk LLP, attorneys for Defendant, Wal-Mart Stores East, LP (improperly pled as Walmart of Kearny), and Agrapidis & Maroules, P.C., attorneys for Plaintiff, Ida Padilla, in connection with the above matter, for an Order extending Defendant, Wal-Mart Stores East, LP's, time to Answer the Complaint through and including December 18, 2020, and counsel for all parties having indicated consent hereto, and good cause having been shown,

It is on this  16TH  day of December, 2020,

**ORDERED** that:

1. Defendant, Wal-Mart Stores East, LP (improperly pled as Walmart of Kearney) shall file its Answer to the Complaint on or before December 18, 2020.

_____
The Honorable Marybeth Rogers

Consented to by:

/s/ Nada M. Peters
Nada M. Peters, Esq.
**D'ARCAMBAL OUSLEY & CUYLER BURK, LLP**
Attorneys for Defendant, Wal-Mart Stores East, LP
(improperly pled as Walmart of Kearny)

/s/ Jerry Maroules
Jerry Maroules, Esq.
**AGRAPIDIS & MAROULES, P.C.**
Attorneys for Plaintiff, Ida Padilla

# EXHIBIT C

Jerry Maroules, Esq.
AGRAPIDIS & MAROULES, P.C.
777 Terrace Avenue, Suite 504
Hasbrouck Heights, New Jersey 07604
(201)288-0500
ATTORNEYS FOR PLAINTIFF

| | |
|---|---|
| Ida Padilla, | :SUPERIOR COURT OF NEW JERSEY |
| | :LAW DIVISION:   HUDSON COUNTY |
| | : |
| Plaintiffs, | :DOCKET NO:      HUD-L-3393-20 |
| | : |
| V. | :        CIVIL ACTION |
| | : |
| | : |
| Walmart of Kearny | : |
| AND JOHN DOE I-III, | : |
| | : |
| Defendants. | : |

## STATEMENT OF DAMAGES

TO:  **Nada M. Peters, Esq.**
     D'Arcambal Ousley & Cuyler Burk, LLP
     Four Century Drive
     Suite 250
     Parsippany, NJ 07054
     **ATTORNEYS FOR DEFENDANT,** Wal-Mart Stores East, LP

     Plaintiff seeks damages in the amount of TWO-HUNDRED FIFTY THOUSAND DOLLARS ($250,000.00).

                                        **AGRAPIDIS & MAROULES, P.C.**

                              By: _____
DATED: January 13, 2021         JERRY MAROULES, ESQ.